```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EDWARD OPINALDO,                         :        20cv4542(DLC)
                                         :
                    Plaintiff,           :        ORDER OF
          -v-                            :        DISCONTINUANCE
                                         :
SMYTHE INC.,                             :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 24, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          August 25, 2020

                                  _____
                                     DENISE COTE
                             United States District Judge